IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE HOISINGTON, Special Administrator of the Estate of Sharon Hoisington, Deceased, | ) ) ) ) | 8:10CV71 |
| Plaintiff, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED:

(1) Within sixty (60) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Laurie Smith Camp, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 29th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge