IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE HOISINGTON, Special Administrator of<br>the Estate of SHARON HOISINGTON,<br>Deceased, | ) ) ) | 8:10CV71 |
|         Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **STIPULATION AND MOTION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
|         Defendant. | ) ) | |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the

above-captioned case be dismissed with prejudice, each party to bear their own costs, and

complete record waived.

Executed this 4th day of January ,2011.

STEVE HOISINGTON, Special
Administrator of the Estate of SHARON
HOISINGTON, Deceased,
Plaintiff

By:

E. TERRY SIBBERNSEN, # 13826
SIBBERNSEN & STRIGENZ, P.C.
1111 N. 102nd Court, #330
Omaha, NE 68114
(402) 493-7221
E-mail:
etsibbernsen@sibbandstrig.com

UNITED STATES OF AMERICA,
Defendant

By:   DEBORAH R. GILG
      UNITED STATES ATTORNEY

And:

PAUL D. BOESHART, #10365
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
(402) 437-5241

## CERTIFICATE OF SERVICE

I hereby certify that on _January 4 2011_, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

E. Terry Sibbernsen

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

PAUL D. BOESHART #10365
Assistant U.S. Attorney