IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE HOISINGTON, Special Administrator of the Estate of SHARON HOISINGTON, Deceased, | ) ) ) ) | CASE NO. 8:10CV71 |
| Plaintiff, | ) ) ) | ORDER AND FINAL JUDGMENT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 27). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs, complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal (Filing No. 27) is granted;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs, expenses, complete record waived.

DATED this 5th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge